1  PHILLIP A. TALBERT
   United States Attorney
2  ADRIAN T. KINSELLA
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

6

7

| **FILED** |
| Oct 24, 2023 |
| CLERK, U.S. DISTRICT COURT |
| EASTERN DISTRICT OF CALIFORNIA |

8                IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11 | In the Matter of the Search of | ORDER TO UNSEAL SEARCH WARRANTS |

12

13 | THE CELLULAR TELEPHONE ASSIGNED CALL NUMBER 707-319-1051 | 2:23-sw-0896 JDP |

14 | THE PERSON OF SEAN THOMAS DELAPP | 2:23-sw-0904 CKD |

15

16 | 532 WALLACE AVENUE, VALLEJO, CALIFORNIA | 2:23-sw-0905 CKD |

17 | A 2013 MERCEDES BENZ BEARING CALIFORNIA LICENSE PLATE 8FFS939 | 2:23-sw-0906 CKD |

18

19

20

21                          **ORDER**

22        Upon application of the United States of America and good cause having been shown,

23        IT IS HEREBY ORDERED that the files in the above-captioned matter be unsealed.

24

25  Dated:    10/24/2023

26                                    _____
                                      DEBORAH BARNES
27                                    UNITED STATES MAGISTRATE JUDGE

28

ORDER TO UNSEAL SEARCH
WARRANTS;